**Eric Lamar FALLS, Petitioner–Appellant,**

v.

**Dennis SMITH, Warden, Respondent–Appellee.**

No. 07–55828.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 7, 2010.

Eric Lamar Falls, Atwater, CA, pro se.

1300 U.S. Courthouse, Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Eric Lamar Falls appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 habeas petition challenging the legality of his sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Falls contends that 28 U.S.C. § 2255 is an inadequate or ineffective means for raising his claim, entitling him to pursue his claim under 28 U.S.C. § 2241. The district court correctly determined that Falls failed to demonstrate that 28 U.S.C. § 2255 is "inadequate or ineffective" to test the legality of his detention. *See Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir.2000) (stating general rule that the unavailability of a second or successive petition does not itself make section 2255 inadequate or ineffective). Further, Falls has failed to demonstrate "actual innocence." *See id.* at 954.

Accordingly, the district court properly dismissed Falls' petition for lack of jurisdiction. *See Moore v. Reno,* 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (rejecting the use of § 2241 as substitute for a dismissed § 2255 motion).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.